## McDonald v. McGuire et al.

Fish, C. J. Under the pleadings and evidence it was not error to refuse the prayers for the grant of an interlocutory injunction and the appointment of a temporary receiver.

*Judgment affirmed. All the Justices concur.*

No. 539. June 12, 1918. Rehearing denied July 11, 1918.

Petition for injunction. Before Judge Jones. Lumpkin superior court. July 28, 1917.

*W. S. Gaillard,* for plaintiff. *O. J. Lilly,* for defendants.